IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SAMUEL TYSON**                                                               **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO: 3:13-cv-887-DCB-MTP**

**QUALITY HOMES OF MCCOMB, INC., et al.**                    **DEFENDANTS**

<u>ORDER</u>

This matter comes before the Court on Defendant's, Cappaert Manufactured Housing, Inc., Motion for Hearing on Damages **[docket entry no. 73]** and Motion in Limine to Exclude Testimony **[docket entry no. 74].** In light of the agreed settlement between the plaintiff and this defendant, IT IS HEREBY ORDERED that the above motions are DENIED AS MOOT.

SO ORDERED this the 11th day of February 2015.

                                           /s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE

1